IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN DEAN BOTTS, #325882             *
       Petitioner,
    v.                              *   CIVIL ACTION NO. PJM-07-2473

COMMONWEALTH OF VIRGINIA              *
       Respondent.
                                 ******

**MEMORANDUM OPINION**

On September 12, 2007, Petitioner Brian Dean Botts, an inmate currently confined at the Maryland Correctional Institution in Hagerstown, Maryland, filed this habeas corpus petition raising an Interstate Agreement on Detainers ("IAD") attack on a Virginia detainer issued as to an unserved felony arrest warrant by a Magistrate from the Fairfax County, Virginia District Court on November 19, 2003. Paper No. 1. Petitioner claims he requested a speedy disposition of the arrest warrant under the IAD in April of 2005 and was informed by an Assistant Commonwealth of Virginia Attorney that the detainer was not based upon a complaint under the IAD, inferring that the Commonwealth had no intention of executing the warrant. *Id*. Petitioner also claims that he filed a motion to dismiss in the Fairfax County District Court, but was informed by court personnel that the motion will not be considered as the warrant had yet to been served. *Id*. Petitioner claims that he has attempted to dispose of the detainer for over two years and that the open matter is denying him privileged "North Dorm" housing, employment in the vocational shops, and participation in in-patient drug rehabilitation programs. *Id*.

Inasmuch as Petitioner is raising an attack on his Virginia detainer and not his Maryland

conviction, his petition shall be construed as a 28 U.S.C. § 2241 writ for habeas corpus relief. Having afforded the Petition such a construction, the matter shall nonetheless be denied. As with all federal habeas corpus petitions, relief under § 2241 brought to challenge detainers must first be exhausted in the state courts. Petitioner must therefore file and pursue an appropriate action in the state courts of the Commonwealth of Virginia before a federal court may entertain his request. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 490 (1972) (petitioner must exhaust state remedies in the state which has filed the detainer against him (dictum)).[1]

For the aforementioned reasons, the Petition relief shall be dismissed without prejudice. A separate Order follows.

September 21, 2007

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

---

[1] Neither the $5.00 filing fee nor a motion for leave to proceed *in forma pauperis* accompanied the petition. Given the dismissal of this action, Petitioner shall not be ordered to correct this omission.